**Order entered October 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00409-CR

### CHRISTOPHER WADE STARLING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 8**
**Dallas County, Texas**
**Trial Court Cause No. MB16-34655-J**

## ORDER

Before the Court is appellant's October 2, 2018 second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief filed on or before November 12, 2018. Appellant is cautioned that the failure to file his brief by that date may result in the appeal being abated for a hearing. *See* TEX. R. APP. P. 38.8(b)(3).

/s/     CRAIG STODDART
           JUSTICE